```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

MALIBU MEDIA, LLC,

        Plaintiff,

v.                          Case No. 8:14-cv-2355-T-33MAP

HERBERT MAY,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant Herbert May's Suggestion of Bankruptcy (Doc. # 20), which was filed on February 19, 2015. Defendant reports that he and his wife filed a petition for relief under Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Florida, which has been assigned case number 8:14-bk-14384-KRM.

Due to Defendant's bankruptcy filing and the operation of the automatic stay, this matter is stayed and administratively closed.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now **ORDERED, ADJUDGED,** and **DECREED:**

1. The Clerk is directed to **STAY** and **ADMINISTRATIVELY CLOSE** this case. No further action will be taken in this case until such time as the bankruptcy court lifts the stay or the stay lapses.

2. The parties are directed to notify the Court immediately upon resolution of the bankruptcy court proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of February, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record